UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY AUSTIN,

          Plaintiff,                              Case No. 2:21-cv-11121
                                                      Hon. Victoria A. Roberts

v.

UNKNOWN WORTHINGTON, ET AL,

          Defendant.
_____/

## ORDER SUMMARILY DISMISSING CASE

On May 5, 2021, Timothy Austin, an inmate at the Oakland County Jail, commenced this action by filing a complaint under 28 U.S.C. § 1983. Plaintiff did not pay the required filing fee, and his application to proceed in forma pauperis did not comply with the minimum requirements of the PLRA. The Court issued an Order to Correct Deficiency on June 3, 2021, informing Plaintiff that if he did not correct his filing deficiency by July 6, 2021, the case may be dismissed. The time for correcting the deficiency has now passed. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. See FED. R. CIV. P. 41(b), *Erby v. Kula*, 113 F. App'x. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003).

      **IT IS SO ORDERED.**

                                                          s/ Victoria A. Roberts
                                                          Hon. Victoria A. Roberts
                                                          United States District Judge

Dated: 7/13/2021